IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
<u>SOUTHERN DIVISION</u>

| | |
|---|---|
| AMERICAN SAFETY CASUALTY INSURANCE COMPANY, a corporation, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CIVIL ACTION NO. 09-PWG-1031-S ) |
| DUCON TECHNOLOGIES, INC., et al., | ) ) |
| Defendants. | ) |

<u>O R D E R</u>

Counsel for the parties have filed a Joint Stipulation for Dismissal. Pursuant to Rule 41(a)(1)(A)(ii), *Federal Rules of Civil Procedure*, it is ORDERED that this action is DISMISSED with prejudice, each party to bear their own costs.

As to the foregoing it is SO ORDERED this the 8th day of March, 2010.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE